**ROBERT P. FORES, SBN 119235**
**FORES ■ MACKO**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
(209) 527-9899
(209) 527-2889 (Facsimile)

Attorneys for plaintiff SUE MCCLELLAND

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUE MCCLELLAND, | Case No. 1:09-CV-01031-AWI-DLB |
| Plaintiff, | **STIPULATION AND ORDER THEREON** |
| vs. | |
| CITY OF MODESTO, COUNTY OF STANISLAUS; STANISLAUS DRUG ENFORCEMENT AGENCY; ROBERT HUNT, STEVE HOEK; PATRICK CRANE; JOHN MCGILL; BRANDON GILLESPIE; JERRY RAMAR; JERAMY YOUNG; ROY WASDEN. | |
| Defendants. | |

WHEREAS, the parties are attempting to resolve this matter by way of mediation, the following is hereby agreed to and stipulated by the parties:

1. That plaintiff's Second Amended Complaint shall be filed on or before December 2, 2009;

2. That the Scheduling Conference shall be rescheduled to December 16, 2009 at 9:00 a.m.;

3. That the Joint Scheduling Report shall be filed on or before December 9, 2009.

/ / / /

/ / / /

/ / / /

- 1 -

1   I agree to the above.

2   DATED: October ____, 2009.

3                                               FORES MACKO,
                                                A Professional Law Corporation
4

5                                               /s/ Robert P. Fores

6                                               By: _____
                                                    ROBERT P. FORES, SBN 119235
7                                                   Attorneys for plaintiff

8

9                                               SUSAN ALCALA WOOD
                                                City Attorney
10

11                                              By_____/s/JFW
                                                    JAMES F. WILSON
12                                                  Senior Deputy City Attorney
                                                    Attorneys for defendants City of Modesto,
13                                                  County of Stanislaus, Stanislaus Drug
                                                    Enforcement Agency, Robert Hunt, Steve Hoek,
14                                                  Patrick Crane, John McGill, Brandon Gillespie,
                                                    Jerry Ramar, Jeramy Young, and Roy Wasden
15

16

17                                         **ORDER**

18   Good cause appearing, the foregoing

19

20  IT IS SO ORDERED.

21
        Dated:   **October 6, 2009**                    /s/ *Dennis L. Beck*
22                                               UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

**Fores ■ Macko**
A Professional Law Corporation
1600 "G" Street, Suite 103
Modesto, CA 95354
Telephone: (209) 527-9899